COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE OFFICE OF RISK MANAGEMENT, | § | No. 08-09-00236-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 7 |
| | § | |
| LINDA RODRIGUEZ, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2009-815) |
| | § | |

## **MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1) because Appellant no longer desires to prosecute it. Appellee has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking relief to which she would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal. Costs are taxed against Appellant. TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

October 7, 2009

Before Chew, C.J., McClure, and Rivera, JJ.